NO. 07-08-0163-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 23, 2008
______________________________

IN THE INTEREST OF G.M., A MINOR CHILD

                                                                                                           _________________________________

FROM THE 30th DISTRICT COURT OF WICHITA COUNTY;

NO. 159,275-A; HONORABLE ROBERT BROTHERTON, PRESIDING
_______________________________

ORDER DISMISSING APPEAL
                                       _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
          Appellant, by and through her attorney, has filed a motion to dismiss. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(1)(2) and dismiss the appeal. Having dismissed the appeal at
appellant’s request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


                                                                           Brian Quinn
                                                                          Chief Justice





Do not publish. 
1. Counsel shall, within five days after the opinion is handed down, send his client a
copy of the opinion and judgment, along with notification of the defendant's right to file a
pro se petition for discretionary review. See Tex. R. App. P. 48.4.